# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRYEL D. BURT, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 08-1427 |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this *6th* day of *April*, 2011, upon consideration of Plaintiff Chryel D. Burt's Motion for Attorney's Fees (Docket No. 21), Defendant Commissioner of Social Security's Brief in Opposition (Docket No. 22), and Plaintiff's Reply Brief (Docket No. 23), it is hereby **ORDERED** that Plaintiff is **AWARDED** attorney's fees in the amount of $8,045.75, plus filing fee costs of $350.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.